FILED US District Court-UT
JUL 23 '25 AM09:55

FELICE JOHN VITI, Acting United States Attorney (#7007)
ALLISON H. BEHRENS, Assistant United States Attorney (#38482MO)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. SAMUEL CREED PASCAL MONTOUR, Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>COUNT 1: 18 U.S.C. § 2422(b), Attempted Coercion and Enticement.<br><br>Case: 2:25-cr-00290<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 7/22/2025<br>Description: |
|---|---|

The Grand Jury Charges:

### COUNT 1
### 18 U.S.C. § 2422(b)
### [Attempted Coercion and Enticement]

On or about April 10, 2025, in the District of Utah,

SAMUEL CREED PASCAL MONTOUR,

the defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce any individual who has not attained the

age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C. § 2422(b).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to:

- Android Cell Phone (Google Pixel), seized from Defendant on April 10, 2025.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
ALLISON H. BEHRENS
Assistant United States Attorney